Patrick R. Leverty, Esq., NV Bar No. 8840
Vernon E. Leverty, Esq., NV Bar No. 1266
William R. Ginn, Esq., NV Bar No. 6989
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, Nevada 89502
Ph. (775) 322-6636
Fax: (775) 322-3953
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HADDOX, an individual, and HEATHER HADDOX, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a Corporation; ACORN CLAIMS LLC, a Limited Liability Company; DOES I through X; and ROE Business A-Z; inclusive,<br><br>Defendants. | Case No.: 2:22-cv-02067-JAD-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND (ECF 8) AND TO STAY BRIEFING ON ACORN'S MOTION TO DISMISS (ECF 7)**<br><br>(ECF No. 9) |

WHEREAS, Plaintiffs Eric Haddox and Heather Haddox, commenced this action against Defendants American National Property and Casualty Company ("ANPAC") and Acorn Claims LLC ("ACORN") in the Second Judicial District Court.

On December 14, 2022, ACORN filed a removal petition. (ECF 1).

On December 20, 2022, ACORN filed a motion to dismiss. (ECF 7).

On December 21, 2022, Plaintiffs filed a motion to remand and for sanctions. (ECF 8).

Plaintiffs' opposition to ACORN's motion to dismiss is currently due on January 3, 2023, and Defendant ACORN's opposition to the motion to remand is currently due on January 4, 2023.

The Parties agree that in light of the holidays and preplanned vacations, Defendants can have a two week extension of time to respond to Plaintiffs' motion to remand.

The Parties further agree that the briefing on ACORN's motion to dismiss should be stayed pending a decision on Plaintiffs' motion to remand.

NOW THEREFORE, in consideration of the foregoing, the Parties hereto agree as follows:

1. The Parties agree that Defendants' opposition to Plaintiffs' motion to remand is extended through and including Tuesday, January 17, 2023.
2. The Parties further agree that the briefing on ACORN's motion to dismiss be stayed pending a decision on Plaintiffs' motion to remand.

This is the **first** request for extension of time to respond to Plaintiffs' motion to remand.

This is the **first** request to stay briefing on ACORN's motion to dismiss.

DATED this 21st day of December, 2022.          DATED this 21st day of December, 2022.

LEVERTY & ASSOCIATES LAW CHTD.                  LIPSON NEILSON P.C.

_____                        /S/ Lisa Zastrow
Vernon E. Leverty, Esq.                          _____
Patrick R. Leverty, Esq.                         Joseph P. Garin, Esq.
832 Willow Street                                Lisa J. Zastrow, Esq.
Reno, NV 89502                                   9900 Covington Cross Drive, Suite 120
*Attorneys for Plaintiffs*                       Las Vegas, Nevada 89144
*Eric Haddox and Heather Haddox*                 *Attorneys for Defendant*
                                                 *Acorn Claims LLC*

DATED this 21st day of December, 2022.

THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER

/S/ Charles Burcham
_____
Charles L. Burcham
6590 S. McCarran Blvd., Suite B
Reno, NV 89509
*Attorneys for Defendant American*
*National Property and Casualty Company*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED: 12-22-22

2