**LIPSON NEILSON P.C.**
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant Acorn Claims LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HADDOX, an individual, and HEATHER HADDOX, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN PROPERTY AND CASUALTY COMPANY, a Corporation; ACORN CLAIMS LLC, a Limited Liability Company; DOES I through X; and ROE Business A-Z, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-02067-JAD-VCF <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS MOTION TO REMAND (ECF 8) (Second Request)** <br><br> **STIPULATION AND ORDER TO STAY BRIEFING ON DEFENDANT ACORN'S MOTION TO DISMISS (ECF 7) PENDING A DECISION ON THE MOTION TO REMAND, OR OTHERWISE EXTEND THE TIME FOR PLAINTIFF TO RESPOND** |

**WHEREAS**, Plaintiffs Eric Haddox and Heather Haddox commenced this action against Defendants American National Property and Casualty Company ("ANPAC") and Acorn Claims LLC ("ACORN") in the Second Judicial District Court.

On December 14, 2022, ACORN filed a removal petition.

Page 1 of 3

On December 20, 2022, ACORN filed a motion to dismiss.

On December 21, 2022, Plaintffs filed a motion to remand and for sanctions.

On December 22, 2022 this Honorable Court entered an order staying the motion to dismiss and extending the deadline for Defendant to oppose the motion to remand to January 17, 2023. (ECF 10).

On January 11, 2023 this Honorable Court entered a minute order setting both the Motion to Dismiss and Motion to Remand for hearing on February 14, 2023.

**WHEREAS**, the Defendant requires additional time to oppose the pending motion to remand and represent that the limited extensions requested herein would not alter or amend the hearing date and time.

**WHEREAS**, the parties previously stipulated, and this Honorable Court agreed, to stay the briefing on Defendants Motion to Dismiss until after ruling on the motion to remand.

**WHEREAS**, the parties again request this court stay the hearing on the Motion to Dismiss, if this Court is so inclined.

**WHEREAS**, if this Honorable Court declines to stay the briefing and hearing on the Motion to Dismiss, the Plaintiff requires additional time to oppose the pending motion to dismiss and represents that the limited extension requested herein, in the alternative to a stay, will not alter or amend the hearing date and time.

**NOW THEREFORE**, in consideration of the foregoing, the Parties hereto agree as follows:

1. The Parties agree that Defendants' opposition to Plaintiffs' motion to remand is extended through and including Monday, January 23, 2023.

2. The Parties further agree that the briefing on ACORN's motion to dismiss be stayed pending a decision on the Plaintiff's motion to remand.

3. The Parties further agree that should this Honorable Court decline to stay the matter of the motion to dismiss, Plaintiffs' opposition to Defendants' motion to dismiss is extended through and including Monday, January 23, 2023.

4. This is the **second** request to Defendants' opposition to the motion to remand.

| | |
|---|---|
| DATED this 17th day of January, 2023. | DATED this 17th day of January, 2023. |
| LEVERTY & ASSOCIATES LAW CHTD. | LIPSON NEILSON P.C. |
| /S/ *Patrick Leverty* | /S/ *Lisa Zastrow* |
| Vernon E. Leverty, Esq.<br>Patrick R. Leverty, Esq.<br>832 Willow Street<br>Reno, NV 89502<br>*Attorneys for Plaintiffs*<br>*Eric Haddox and Heather Haddox* | Joseph P. Garin, Esq.<br>Lisa J. Zastrow, Esq.<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant*<br>*Acorn Claims LLC* |

## ORDER

Based on the parties' stipulation [ECF No. 13] and good cause appearing, IT IS ORDERED that:

1. Defendants' opposition to Plaintiffs' motion to remand is extended through and including Monday, January 23, 2023; and

2. The briefing on ACORN's motion to dismiss is stayed pending a decision on the Plaintiff's motion to remand. A remaining briefing schedule will be submitted by the parties within five business days of the ruling on the motion to remand, should this Court retain jurisdiction;

_____
UNITED STATES DISTRICT JUDGE

DATED: 1-23-23