LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant Acorn Claims LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HADDOX, an individual, and HEATHER HADDOX, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN PROPERTY AND CASUALTY COMPANY, a Corporation; ACORN CLAIMS LLC, a Limited Liability Company; DOES I through X; and ROE Business A-Z, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-02067-JAD-VCF<br><br>**STIPULATION AND ORDER TO STAY REPLY BRIEFING DEADLINE AND HEARING ON [7] MOTION TO DISMISS**<br><br>ECF No. 23 |

Plaintiffs Eric Haddox and Heather Haddox, by and through their attorneys, LEVERTY & ASSOCIATES LAW CHTD., Defendant American Property and Casualty Company, by and through its attorneys, THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER, and Defendant ACORN CLAIMS LLC, by and through its attorneys, LISPON NEILSON P.C., hereby agree and stipulate as follows:

**WHEREAS,** the Parties have agreed to engage in private medication tentatively in May 2023;

Page 1 of 3

**WHEREAS,** the Parties have agreed to stay the hearing on [7] Motion to Dismiss and Reply Briefing related thereto;

**NOW THEREFORE**, in consideration of the foregoing, the Parties hereto agree as follows:

1. The parties stipulate and agree that the deadline for reply briefing on [7] Motion to Dismiss shall be stayed;

2. The Parties further stipulate and agree the hearing on [7] Motion to Dismiss presently set on April 18, 2023 at 02:00 PM shall be vacated and stayed;

3. The Parties further stipulate and agree that they will advise the court within 48 hours of the completion of mediation if the matter has settled.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 7th day of March, 2023. | Dated this 7th day of March, 2023. |
| LEVERTY & ASSOCIATES LAW CHTD. | LIPSON NEILSON P.C. |
| /s/ *Patrick Leverty* <br> Patrick Leverty, Esq. <br> Nevada Bar No. 8840 <br> Vernon Leverty, Esq. <br> Nevada Bar No. 1266 <br> 832 Willow Street <br> Reno, Nevada 89502 | /s/ *Lisa J. Zastrow* <br> Joseph P. Garin, Esq. <br> Nevada Bar No. 6653 <br> Lisa J. Zastrow, Esq. <br> Nevada Bar No. 9727 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, Nevada 89144 |
| *Attorneys for Plaintiffs Eric Haddox and Heather Haddox* | *Attorneys for Defendant Acorn Claims LLC* |

Dated this 7th day of March, 2023.

THORNDAL ARMSTRON DELK
BALKENBUSH & EISINGER

/s/ *Charles L. Burcham*
Charles L. Burcham, Esq.
Nevada Bar No. 2673
6590 S. McCarran, Suite B
Reno, Nevada 89509

*Attorneys for Defendant American National Property and Casualty Company*

Case No.: 2:22-cv-02067-JAD-VCF

**ORDER**

Based on the foregoing stipulation of the parties, and good cause appearing therefore,

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT

DATED: 3/9/2023