Charles L. Burcham, Esq.
Nevada Bar No. 2673
Thorndal Armstrong, PC
6590 S. McCarran, Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
clb@thorndal.com
Attorney for Defendant
AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIC HADDOX, an individual, and HEATHER HADDOX, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, a Corporation; ACORN CLAIMS LLC, a Limited Liability Company; DOES I through X; and ROE Business A-Z; inclusive, <br><br> Defendants. | Case No.  2:22-cv-02067-JAD-VCF <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> ECF No. 31 |

COMES NOW Plaintiffs ERIC HADDOX and HEATHER HADDOX, Defendant AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, and Defendant ACORN CLAIMS LLC, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, and each party to bear their own costs and attorney's fees.

Dated this 23rd day of August, 2023.

LEVERTY & ASSOCIATES LAW CHTD.

By:   /s/ Patrick Leverty
    PATRICK R. LEVERTY, ESQ.
    VERNON E. LEVERTY, ESQ.
    WILLIAM R. GINN, ESQ.
    832 Willow Street
    Reno, NV 89502
    Attorneys for Plaintiffs

Dated this 13th day of September, 2023.

LIPSON NEILSON P.C.

By:   /s/ Lisa Zastrow
    JOSEPH P. GARIN, ESQ.
    LISA J. ZASTROW, ESQ.
    9900 Covington Cross Drive, Ste 120
    Las Vegas, NV 89144
    Attorneys for Defendant
    ACORN CLAIMS LLC

- 1 -

Dated this 13th day of September, 2023.

THORNDAL ARMSTRONG, PC

By: _/s/ Charles Burcham_
    CHARLES L. BURCHAM, ESQ.
    6590 S. McCarran, Suite B
    Reno, Nevada 89509
    Attorney for Defendant
    AMERICAN NATIONAL
    PROPERTY AND CASUALTY
    COMPANY

## ORDER

Based on the parties' stipulation **[ECF No. 31]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 19, 2023